No. 00-6686. HU v. LEADERSHIP COUNCIL FOR METROPOLITAN OPEN COMMUNITIES ET AL. C. A. 7th Cir. Certiorari denied.

No. 00-6912. HENRY v. PAGE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00-7186. DODD v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00-7256. TILLEY v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00-7324. HAMMER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00-7342. WISE ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00-7513. DOWNEY v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 00-7699. LOWERY v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 00-7894. HARRIS ET AL. v. JOHNSON. Sup. Ct. Miss. Certiorari denied.

No. 00-8206. DARNELL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00-8224. GLASS v. COWLEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00-8228. HENDERSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00-8231. GARRISON v. BRADDOCK. C. A. 6th Cir. Certiorari denied.

No. 00-8239. HEBRARD v. DAY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00-8240. GADSON v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.